**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Monique Dante Ferrell<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6983<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 20–32360–KLP | |

# Discharge of Debtor                                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Monique Dante Ferrell

June 27, 2022                                **For the court:**    William C. Redden
                                                                    Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Monique Dante Ferrell  
    Debtor

Case No. 20-32360-KLP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7      User:      Page 1 of 3  
Date Rcvd: Jun 27, 2022      Form ID: 318      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Dante Ferrell, 3515 Carolina Ave., Unit 2, Richmond, VA 23222-2908 |
| 15362938 | | Ad Astra Recovery Sevices, Inc, 8218 W. 21 Street N, Suite 200, PMB 303, Wichita, KS 67205-0000 |
| 15362939 | + | Alteon Health, PO Box 826481, Philadelphia, PA 19182-6481 |
| 15410510 | | Balance Credit co Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 15362941 | + | Cash 2 U Financial Service, 4721 West Broad St., Richmond, VA 23230-3207 |
| 15362944 | + | City of Richmond, Stop Arm Safety Program, P.O. Box 1310, Newington, VA 22122-1310 |
| 15362949 | + | MCV Physicians, P.O. Box 91747, Richmond, VA 23291-9747 |
| 15362952 | + | Raymond S Solferino, 4700 Cooks Road, Richmond, VA 23224-4860 |
| 15362958 | + | Theresa Nimmo, P.O. Box 38971, Henrico, VA 23231-1311 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: lynn.tavenner@txitrustee.com | Jun 28 2022 00:35:00 | Lynn L. Tavenner, 341 Dial 866-630-1691 Code: 9791870, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |
| cr | | Email/Text: peritus@ebn.phinsolutions.com | Jun 28 2022 00:36:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15362940 | + | Email/Text: mbb@ballatolaw.com | Jun 28 2022 00:35:00 | Ballato Law Firm, 3721 Westerre Parkway, Suite A, Henrico, VA 23233-1332 |
| 15362942 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 28 2022 00:35:00 | Cashnet USA, PO Box 206739, Dallas, TX 75320-6739 |
| 15362943 | + | Email/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Jun 28 2022 00:43:00 | City of Richmond, Dept of Public Utilities, 900 E. Broad St., Richmond, VA 23219-1907 |
| 15409070 | + | Email/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Jun 28 2022 00:43:05 | City of Richmond City Hall, Room 109 Delinquent Taxes, 900 East Broad Street, Richmond VA 23219-1907 |
| 15367586 | + | Email/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Jun 28 2022 00:43:05 | City of Richmond - Dept. of Public Utilities, 730 E. Broad St, 5th FL, Richmond VA 23219-1861 |
| 15362945 | + | Email/Text: crbankruptcy@commrad.com | Jun 28 2022 00:35:00 | Commonwealth Radiology, 1508 Willow Lawn Drive, Suite 117, Richmond, VA 23230-3421 |
| 15362946 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 28 2022 00:35:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15362947 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2022 00:35:00 | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 15367149 | + | EDI: AISACG.COM | Jun 28 2022 04:33:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15362948 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | | |

Case 20-32360-KLP  Doc 43  Filed 06/29/22  Entered 06/30/22 00:13:47  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0422-7 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  | Jun 28 2022 00:43:05 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15376816 | + | EDI: AISACG.COM | Jun 28 2022 04:33:00 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15362950 |  | Email/Text: info@phoenixfinancialsvcs.com | Jun 28 2022 00:35:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-0000 |
| 15362951 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 28 2022 00:35:00 | Progressive Insurance, 6300 WILSON MILLS RD, Mayfield, OH 44143-2182 |
| 15362953 |  | Email/Text: joey@rmscollect.com | Jun 28 2022 00:36:00 | Receivable Management Inc, Bankruptcy Dept/Receivables Management S, 7206 Hull Rd Ste 211, Richmond, VA 23235-0000 |
| 15362954 | + | Email/Text: bankruptcy@sw-credit.com | Jun 28 2022 00:35:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15362955 | + | Email/Text: bankruptcy@speedyinc.com | Jun 28 2022 00:35:00 | Speedy Cash, 3527 N. Ridge Rd., Wichita, KS 67205-1212 |
| 15362956 |  | EDI: AISTMBL.COM | Jun 28 2022 04:33:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-0000 |
| 15362957 | + | EDI: COMCASTCBLCENT | Jun 28 2022 04:33:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15364106 |  | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jun 28 2022 00:35:00 | US Attorneys Office, Eastern District of Virginia, 919 E Main St., Ste. 1900, Richmond, VA 23219-4625 |
| 15362959 | ^ | MEBN | Jun 28 2022 00:32:02 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15376092 |  | Email/Text: bankruptcynotice@vcuhealth.org | Jun 28 2022 00:35:00 | MCV Associated Physicians, 7818 E Parham Road, Richmond, VA 23294 |
| 15362960 | + | EDI: VERIZONCOMB.COM | Jun 28 2022 04:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Exeter Finance LLC |
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor Monique Dante Ferrell jkane@kaneandpapa.com info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Lynn L. Tavenner | ltavenner@tb-lawfirm.com  amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com |
| Sara A. John | on behalf of Creditor Exeter Finance LLC sara_john@eppspc.com |

TOTAL: 4